**SO ORDERED.**

**SIGNED this 19 day of September, 2013.**



_____
**James P. Smith
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| | : | Case No. 13-30083-JPS |
| R. SCOTT APPLING, | : | |
| CONNIE F. APPLING, | : | |
|     Debtors | : | |
| | : | |
| LAMAR, ARCHER & COFRIN, LLP, | : | |
|     Plaintiff | : | |
| | : | Adversary Proceeding |
| v. | : | No. 13-3042 |
| | : | |
| R. SCOTT APPLING, | : | |
|     Defendant | : | |

<u>ORDER</u>

In accordance with the memorandum opinion entered this date, it is

ORDERED AND ADJUDGED that Defendant's Motion To Dismiss (Docket No. 7) be and is hereby denied.

\* END OF DOCUMENT \*